UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| MELINDA WHEAT<br>2219 Siesta Drive<br>Batavia, OH  45103<br><br>and<br><br>SCOTT WHEAT<br>2219 Siesta Drive<br>Batavia, OH  45103<br><br>        Plaintiffs,<br><br>-vs.-<br><br>ONE HOLLAND CORPORATION<br>d/b/a SKYLINE CHILI<br>c/o Gary Holland, Jr., Statutory Agent<br>8506 Reading Road<br>Cincinnati, OH  45215<br><br>        Defendant. | Case No._____<br><br>Judge_____<br><br><br><br>**Complaint**<br><br>**(Jury Demand Endorsed Hereon)** |

### Plaintiffs' Complaint

For their Complaint against Defendant One Holland Corporation d/b/a Skyline Chili ("One Holland"), Plaintiffs state:

### Jurisdiction

1. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332. There is complete diversity of citizenship between Plaintiffs and Defendant. Further, Plaintiffs have suffered damages exceeding the $75,000.00 threshold amount in controversy.

2. This Court has personal jurisdiction. The incident giving rise to this action occurred in Cincinnati, Ohio.

1

3. Venue is proper under 28 U.S.C. 1391(a)(2), as all events and omissions giving rise to Plaintiffs' claims occurred in this District.

## Parties

4. Plaintiff Melinda Wheat ("Ms. Wheat") and her husband, Plaintiff Scott Wheat ("Mr. Wheat") have been Ohio residents at all relevant times.

5. One Holland is a Kentucky for-profit corporation that owns and operates the Skyline Chili restaurant located at 7175 Beechmont Avenue, Cincinnati, Ohio 45230 ("the Restaurant").

## First Cause of Action
### (Negligence)

6. On or about March 7, 2022, Ms. Wheat was a business invitee at the Restaurant.

7. Although it was a rainy day, the One Holland staff never replaced the wet floor mats near the Restaurant's entrance with dry ones, and never dry-mopped the floor.

8. As Ms. Wheat entered the restaurant, saw where her family was seated, and walked toward their table, she slipped and fell on water and/or other contaminants tracked into the Restaurant.

9. No wet floor signs were displayed in the area where Ms. Wheat fell.

10. The Restaurant's security video captured Ms. Wheat's slip and fall.

11. One Holland owed Ms. Wheat a duty of ordinary care to keep the Restaurant in a reasonably safe condition.

12. One Holland breached its aforementioned duty to Ms. Wheat.

13. One Holland's breach directly and proximately caused Ms. Wheat to sustain physical injuries, some of which are permanent in nature, endure pain and suffering of both mind

2

and body, to incur medical expenses, and to suffer damages for the loss of usual activities, and the loss of enjoyment of life.

## Second Cause of Action
### (Loss of Consortium)

14. Plaintiffs adopt and incorporate herein all allegations stated above.

15. As a further direct and proximate result of this negligence, Mr. Wheat has suffered and will continue to suffer past and future losses of his wife, Ms. Wheat's consortium, aid, care, assistance, companionship and services.

WHEREFORE, Plaintiffs Melinda Wheat and Scott Wheat demand judgment against Defendant One Holland Corporation for compensatory damages in an amount exceeding this Court's jurisdictional minimum, for interest, attorney fees, costs, and such other and additional relief as the Court may deem appropriate.

Respectfully submitted,

THE HOLLIS LAW FIRM, LLC

_____
Charles F. Hollis, III (OH0068005)
8595 Beechmont Avenue, Suite 105
Cincinnati, OH 45255
Telephone: (513) 794-0069
Facsimile: (513) 322-4544
E-mail: cfh@hollis-law.com
*Attorney for Plaintiffs, Melinda Wheat and Scott Wheat*

## Jury Demand

Plaintiffs hereby demand a trial by jury of all matters so triable.

_____
Charles F. Hollis, III

3